**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of South Carolina

Case number (*If known*): ____________________

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Michael<br>First name<br>Gavin<br>Middle name<br>Morgan<br>Last name<br>____<br>Suffix (Sr., Jr., II, III) | ____<br>First name<br>____<br>Middle name<br>____<br>Last name<br>____<br>Suffix (Sr., Jr., II, III) |
| 2. **All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and doing business as names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx – xx – 0 6 9 1<br>OR<br>9 xx – xx – ____ | xxx – xx – ____<br>OR<br>9 xx – xx – ____ |

Debtor 1 Michael Gavin Morgan
First Name Middle Name Last Name
Case number (if known)

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN<br>EIN<br>EIN<br>EIN | EIN<br>EIN<br>EIN<br>EIN |
| **5. Where you live** | 415 Chesterfield Street South<br>Number Street<br><br>Aiken SC 29801<br>City State ZIP Code<br>Aiken County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number Street<br><br>City State ZIP Code<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Debtor 1 Michael Gavin Morgan Case number (*if known*)

First Name Middle Name Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District ____ When ____ Case number ____

District ____ When ____ Case number ____

District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor ____ Relationship to you ____

District ____ When ____ Case number, if known ____

Debtor ____ Relationship to you ____

District ____ When ____ Case number, if known ____

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 Michael Gavin Morgan
First Name Middle Name Last Name
Case number (*if known*)

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Debtor 1 Michael Gavin Morgan
First Name Middle Name Last Name
Case number (*if known*)

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

### About Debtor 1:

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

### About Debtor 2 (Spouse Only in a Joint Case):

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Michael Gavin Morgan Case number (*if known*)
First Name Middle Name Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☑ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

There is $800 of disputed visibility with Wells Fargo based upor

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Michael Gavin Morgan
Signature of Debtor 1

Executed on 09/05/2023
MM / DD / YYYY

✘ ____________________
Signature of Debtor 2

Executed on ________
MM / DD / YYYY

Debtor 1 Michael Gavin Morgan
First Name Middle Name Last Name
Case number (*if known*)

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ W. Harrison Penn
Signature of Attorney for Debtor

Date 09/05/2023
MM / DD / YYYY

W. Harrison Penn
Printed name

Penn Law Firm, LLC
Firm name

1517 Laurel Street (29201)
Number Street

PO Box 11332

Columbia SC 29211-1332
City State ZIP Code

Contact phone 8037718836 Email address hpenn@mccarthy-lawfirm.com

District Ct. ID #11164 SC
Bar number State

**Fill in this information to identify your case:**

Debtor 1: Michael Gavin Morgan
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ____________________
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): ____________________

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**12/15**

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Dominion Energy
Creditor's Name

120 Tredegar St.
Number Street

Richmond VA 23219
City State ZIP Code

Contact: ____________________

Contact phone: ____________________

**What is the nature of the claim?** Utility Services

$ 1,159.03

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____________
  - Value of security: - $____________
  - Unsecured claim $____________

**2**

Atlantic Broadband
Creditor's Name

2 Batterymarch Park
Number Street

#205

Quincy MA 02169
City State ZIP Code

Contact: ____________________

Contact phone: ____________________

**What is the nature of the claim?** ____________________

$ 269.28

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____________
  - Value of security: - $____________
  - Unsecured claim $____________

Debtor 1 Michael Gavin Morgan Case number (*if known*)

First Name Middle Name Last Name

**Unsecured claim**

**3** Aetna Health Insurance
Creditor's Name
151 Farmington Avenue
Number Street
Hartford CT 06156
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

$166.68

**4** AT&T Mobility
Creditor's Name
208 Akard St.
Number Street
Dallas TX 75202
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

$92.67

**5**
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

$

**6**
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

$

**7**
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

$

Debtor 1 Michael Gavin Morgan
First Name Middle Name Last Name

Case number (*if known*)

**Unsecured claim**

**8**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**

- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $
  - Value of security: - $
  - Unsecured claim $

$

**9**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**

- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $
  - Value of security: - $
  - Unsecured claim $

$

**10**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**

- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $
  - Value of security: - $
  - Unsecured claim $

$

**11**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**

- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $
  - Value of security: - $
  - Unsecured claim $

$

**12**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**

- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $
  - Value of security: - $
  - Unsecured claim $

$

Debtor 1 Michael Gavin Morgan
First Name Middle Name Last Name
Case number (*if known*)

**Unsecured claim**

**13**
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**
**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply
**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured): $
Value of security: - $
Unsecured claim $

$

**14**
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**
**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply
**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured): $
Value of security: - $
Unsecured claim $

$

**15**
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**
**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply
**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured): $
Value of security: - $
Unsecured claim $

$

**16**
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**
**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply
**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured): $
Value of security: - $
Unsecured claim $

$

**17**
Creditor's Name
Number Street
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**
**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply
**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured): $
Value of security: - $
Unsecured claim $

$

Debtor 1 Michael Gavin Morgan
First Name Middle Name Last Name

Case number (*if known*)

**Unsecured claim**

**18**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** ____

$____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**

- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $____
  - Value of security: − $____
  - Unsecured claim $____

**19**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** ____

$____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**

- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $____
  - Value of security: − $____
  - Unsecured claim $____

**20**

Creditor's Name

Number Street

City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** ____

$____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed
- ❑ None of the above apply

**Does the creditor have a lien on your property?**

- ❑ No
- ❑ Yes. Total claim (secured and unsecured): $____
  - Value of security: − $____
  - Unsecured claim $____

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Michael Gavin Morgan
Signature of Debtor 1

Date 09/05/2023
MM / DD / YYYY

✘ ____________________
Signature of Debtor 2

Date 09/05/2023
MM / DD / YYYY

United States Bankruptcy Court

District of South Carolina

In re: Michael Gavin Morgan

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/05/2023

/s/ Michael Gavin Morgan

Signature of Debtor

Signature of Joint Debtor

Aetna Health Insurance
151 Farmington Avenue
Hartford, CT 06156

Aiken County
1930 University Pkwy
Aiken, SC 29801

AT&T Mobility
208 Akard St.
Dallas, TX 75202

Atlantic Broadband
2 Batterymarch Park
Quincy, MA 02169

Dominion Energy
120 Tredegar St.
Richmond, VA 23219

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Margaret H. Fitch
103 Quaker Ridge Road
Aiken, SC 29803

SC Department of Revenue
Office of General Counsel
300A Outlet Pointe Boulevard
Columbia, SC 29210

US Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd., NE., Ste. 900
Atlanta, GA 30326-1382

Wells Fargo

Wells Fargo Bank, N.A.

Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines, IA 50306 0368

**U.S. BANKRUPTCY COURT**

**DISTRICT OF SOUTH CAROLINA**

In re: Michael Morgan Case No. ____________________

# DEBTOR'S ELECTRONIC NOTICING REQUEST (DeBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☐ **INITIAL ACTIVATION REQUEST**: (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand the following:

1. that my email address will appear publicly on any certificate of mailing filed by the electronic noticing provider;
2. I will receive electronic notice of any documents filed by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor;
3. the Court may update my DeBN account if I file a change of address;
4. the first time the BNC receives an email bounce-back, my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account;
5. enrollment in DeBN is completely voluntarily, and I may file a request to deactivate my account at any time; and
6. **I must activate my account** by clicking the link the BNC will email to me in order to begin receiving electronic notice.

☑ **INITIAL DECLINATION**: (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

☐ **UPDATE TO ACCOUNT INFORMATION**: (Check this box to make changes to your existing DeBN account.)

I request the following update(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orders via email, instead of U.S. mail.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING**: (Check this box to request deactivation of your DeBN account.)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders entered by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

**Under penalty of perjury,** I certify that I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have stated on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors who each request enrollment or already have a DeBN account must file separate forms.**
**If this form is being filed via U.S. mail, please include a copy of a photo identification.**

Debtor Signature: /s/ Michael Gavin Morgan Date: 09/05/2023

Printed Name (and title if a business debtor): Michael Morgan, Debtor

| | |
|---|---|
| Email Address (CAPITAL letters only): | |
| Confirm Email Address (CAPITAL letters only): | |