**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Michael Gavin Morgan<br><br>Debtor. | Case No. 23-02686-hb<br><br>Chapter 11 |

NOTICE OF DEBTOR'S MOTION TO DISMISS AND OPPORTUNITY FOR HEARING

Michael Gavin Morgan ("Debtor") has filed papers with the court to for voluntary dismissal of his chapter 11 case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss these cases, or you want the court to consider your views on the motion, then within twenty-one (21) days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

1100 Laurel Street
Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

W. Harrison Penn, Esq., Penn Law Firm, LLC, 1517 Laurel Street, Columbia, SC 29201

Attend the hearing scheduled to be heard on June 13, 2024, at 11:00 a.m. at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, South Carolina.

If no response, return, and/or objection is timely filed and served, no hearing will be held on this motion except at the direction of the judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

Respectfully submitted on this the 3rd day of May 2024 at Columbia, South Carolina,

PENN LAW FIRM, LLC

/s/ W. Harrison Penn
W. Harrison Penn (Fed. ID 11164)
*Attorney for the Debtors*
1517 Laurel St.
Columbia, SC 29201
(803) 771-8836
hpenn@pennlawsc.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Michael Gavin Morgan<br><br>Debtor. | Case No. 23-02686-hb<br><br>Chapter 11 |

**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 11 CASE**

Michael Gavin Morgan ("Debtor") files this motion for voluntary dismissal of his Chapter 11 case ("Motion"). The Debtor seeks dismissal of his cases pursuant to 11 U.S.C. § 1112(b). In support of his Motion, the Debtor submits as follows:

***DISCUSSION***

Section 1112(b) of the Bankruptcy Code places the burden upon the movant to establish cause to convert or dismiss a case under Chapter 11. Whether a case should be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code is dependent upon the best interest of the debtor's creditors. 11 U.S.C. § 1112(b)(2). Chapter 11 provides for a two-step analysis, first to determine whether "cause" exists to dismiss or to convert the Chapter 11 proceeding, and second to determine which option is in the "best interest of creditors and the estate." *Rolex Corp. v. Associated Materials, Inc. (In re Superior Siding & Window, Inc.)*, 14 F.3d 240, 241 (4th Cir. 1994).

Under the circumstances this case, it is in the best interest of the Debtor's creditors and the Estate that Debtor's Chapter 11 case is dismissed. The Debtor primary asset and creditors are parties in interest to the foreclosure proceeding that is pending before the Master-in-Equity for Aiken County, South Carolina. Wells Fargo received relief from the automatic stay pursuant to this Court's Order (Docket No. 48) entered on April 9, 2024. The Debtor will pay all

outstanding fees to the United States Trustee prior to the entry of any Order on this Motion. The Debtor believes that the dismissal of this Chapter 11 case is in the best interest of creditors of the Estate.

WHEREFORE the Debtors respectfully requests that this Court entered an Order dismissing this Chapter 11 case without prejudice.

Respectfully submitted on this the 3rd day of May 2024 at Columbia, South Carolina,

PENN LAW FIRM, LLC

/s/ W. Harrison Penn
W. Harrison Penn (Fed. ID 11164)
*Attorney for the Debtor*
1517 Laurel St.
Columbia, SC 29201
(803) 771-8836
hpenn@pennlawsc.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>Michael Gavin Morgan<br><br>Debtor. | Case No. 23-02686-hb<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, the undersigned W. Harrison Penn, with Penn Law Firm, LLC, Attorney the Debtors, do hereby certify, under penalty of perjury, that I served the **NOTICE OF DEBTORS' MOTION TO DISMISS AND OPPORTUNITY FOR HEARING and DEBTORS' MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 11 CASE**, on the creditors and parties in interest, as shown on the attached matrix, and that same was served by depositing in the US Postal Service, first-class mail, postage prepaid, on the 3rd day of May 2024, in Columbia, South Carolina.

PENN LAW FIRM, LLC

/s/ W. Harrison Penn
W. Harrison Penn
1517 Laurel Street (29201)
Post Office Box 11332
Columbia, South Carolina 29211-1332
(803) 771-8836

May 3, 2024
Columbia, South Carolina

Label Matrix for local noticing
0420-3
Case 23-02686-hb
District of South Carolina
Columbia
Fri May 3 17:01:31 EDT 2024

AT&T Mobility
208 Akard St.
Dallas, TX 75202-4206

Aetna Health Insurance
151 Farmington Avenue
Hartford, CT 06156-0001

Aiken County
1930 University Pkwy
Aiken, SC 29801-0009

(p)COGECO US FINANCE LLC D B A BREEZELINE
ATTN LEGAL DEPARTMENT
3 BATTERYMARCH PARK
SUITE 200
QUINCY MA 02169-7571

(p)DOMINION ENERGY VIRGINIA NORTH CAROLINA
PO BOX 26666
RICHMOND VA 23261-6666

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Margaret H. Fitch
103 Quaker Ridge Road
Aiken, SC 29803-5259

George Benjamin Milam
Bradley Arant Boult Cummings
214 N. Tryon Street VIA CMECF
Suite 3700
Charlotte, NC 28202-2671

Michael Gavin Morgan
415 Chesterfield Street South
Aiken, SC 29801-7131

~~William Harrison Penn~~
~~Penn Law Firm, LLC~~
~~P.O. Box 11332~~
~~1517 Laurel Street~~
~~Columbia, SC 29201-2622~~

Brandon K. Poston VIA CMECF
US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448

SC Department of Revenue
Office of General Counsel
300A Outlet Pointe Boulevard
Columbia, SC 29210-5666

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St. VIA CMECF
Suite 953
Columbia, SC 29201-2448

US Securities and Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd., NE., Ste. 900
Atlanta, GA 30326-1382

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
PO Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Bank, N.A.
c/o Brian Yoho, Esquire
1221 Main St., 14th FL
Columbia, SC 29201-6224

Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines, IA 50306 0368

Brian Yoho VIA CMECF
1221 Main Street, 14th Floor
Columbia, SC 29201-6224

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlantic Broadband
2 Batterymarch Parch
No. 205
Quincy, MA 02169

(d)Atlantic Broadband
2 Batterymarch Park
Quincy, MA 02169

Dominion Energy
120 Tredegar St.
Richmond, VA 23219

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.