UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Michael Gavin Morgan<br><br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO: 23-02686-HB<br><br>ORDER DISMISSING VOLUNTARY PETITION |

This matter is before the Court on the motion of the debtor(s) to dismiss this case which was filed under chapter 11 of title 11 of the United States Code. The debtor(s) has/have indicated appropriate notice of the motion was provided to all parties who are required to receive notice. No objections were filed or any objection filed has been withdrawn.

IT IS THEREFORE ORDERED that:

1. This case is dismissed;

2. Any fees due to the Clerk of Court pursuant to 28 U.S.C. § 1930 and the appendix thereto, shall be paid within ten (10) days of the entry of this Order, unless otherwise ordered by the Court; and

3. Any fees due to the United States trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid within ten (10) days of the entry of this Order, unless otherwise ordered by the Court.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**05/28/2024**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
SEAL

Entered: 05/28/2024

Chief US Bankruptcy Judge
District of South Carolina